# United States Court of Appeals
# for the Fifth Circuit

No. 24-10290

United States Court of Appeals
Fifth Circuit
**FILED**
September 3, 2025
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

IJEOMA OKORO,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-435-4
_____

## JUDGMENT

Before HIGGINSON, WILLETT, and ENGELHARDT, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

**Certified as a true copy and issued
as the mandate on Oct 01, 2025**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Case: 24-10290   Document: 106-2   Page: 2   Date Filed: 10/01/2025
Case 3:21-cr-00435-N   Document 509   Filed 10/01/25   Page 2 of 3   PageID 13407

No. 24-10290

for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 01, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10290   USA v. Okoro
                         USDC No. 3:21-CR-435-4

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Christina A. Gardner, Deputy Clerk
                          504-310-7684

cc:  Mr. Jonathan Glen Bradshaw
     Mr. Stephen S. Gilstrap
     Ms. Kimberly S. Keller